| AO 10 Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2017 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Gerber, Joel | 2. Court or Organization United States Tax Court | 3. Date of Report 04/6/2018 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) Senior Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☐ Amended Report | 6. Reporting Period 01/01/2017 to 12/31/2017 |
| 7. Chambers or Office Address 400 2nd Street, N.W., Room 418 Washington, D.C. 20217 | | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/6/2018 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/6/2018 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. Gold Coins | | None | J | T | | | | | |
| 2. Ing Annuity (X) | E | Distribution | O | T | | | | | |
| 3. Citibank Checking | A | Interest | K | T | | | | | |
| 4. Citibank Money Market Checking | A | Interest | M | T | | | | | |
| 5. T. D. Ameritrade Mney Mkt | A | Interest | J | T | | | | | |
| 6. California State Bonds | B | Interest | L | T | Buy | 04/11/17 | L | | |
| 7. Alps Services Brown Cam Small Company Fund 1 | A | Dividend | | | Buy (add'l) | 01/09/17 | J | | |
| 8. | | | | | Sold (part) | 03/29/17 | J | A | |
| 9. | | | | | Sold | 04/13/17 | J | A | |
| 10. Advisers Inner Circle II | A | Dividend | J | T | Buy | 09/27/17 | J | | |
| 11. AQR Managed Futures Strategy Fund CL 1 | A | Dividend | J | T | Buy (add'l) | 01/09/17 | J | | |
| 12. | | | | | Buy (add'l) | 03/29/17 | J | | |
| 13. | | | | | Sold (part) | 04/06/17 | J | A | |
| 14. | | | | | Sold (part) | 04/13/17 | J | A | |
| 15. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 16. | | | | | Buy (add'l) | 09/27/17 | J | | |
| 17. Artisan Fds Inc Mid Cap Value Fund | A | Dividend | J | T | Sold (part) | 01/09/17 | J | A | |

1. Income Gain Codes: A =$1,000 or less; B =$1,001 - $2,500; C =$2,501 - $5,000; D =$5,001 - $15,000; E =$15,001 - $50,000; F =$50,001 - $100,000; G =$100,001 - $1,000,000; H1 =$1,000,001 - $5,000,000; H2 =More than $5,000,000
2. Value Codes: J =$15,000 or less; K =$15,001 - $50,000; L =$50,001 - $100,000; M =$100,001 - $250,000; N =$250,001 - $500,000; O =$500,001 - $1,000,000; P1 =$1,000,001 - $5,000,000; P2 =$5,000,001 - $25,000,000; P3 =$25,000,001 - $50,000,000; P4 =More than $50,000,000
3. Value Method Codes: Q =Appraisal; R =Cost (Real Estate Only); S =Assessment; T =Cash Market; U =Book Value; V =Other; W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/6/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. | | | | | Sold (part) | 03/29/17 | J | A | |
| 19. | | | | | Sold (part) | 04/06/17 | J | A | |
| 20. | | | | | Sold (part) | 04/13/17 | J | A | |
| 21. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 22. | | | | | Sold (part) | 09/27/17 | J | A | |
| 23. Baird Short-Term Bond | A | Interest | J | T | Buy | 04/13/17 | J | | |
| 24. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 25. | | | | | Buy (add'l) | 09/27/17 | J | | |
| 26. Blackrock Total Return | A | Dividend | J | T | Buy (add'l) | 01/09/17 | J | | |
| 27. | | | | | Buy (add'l) | 03/29/17 | J | | |
| 28. | | | | | Sold (part) | 04/06/17 | J | A | |
| 29. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 30. | | | | | Buy (add'l) | 06/28/17 | J | | |
| 31. | | | | | Buy (add'l) | 09/27/17 | J | | |
| 32. Bridgeway Fund, Inc. | A | Dividend | J | T | Sold (part) | 01/09/17 | J | A | |
| 33. | | | | | Buy (add'l) | 03/29/17 | J | | |
| 34. | | | | | Sold (part) | 04/05/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/6/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Sold (part) | 04/13/17 | J | A | |
| 36. | | | | | Sold (part) | 06/21/17 | J | A | |
| 37. Buffalo Funds Mid Cap | A | Distribution | | | Buy (add'l) | 01/09/17 | J | | |
| 38. | | | | | Buy (add'l) | 03/29/17 | J | | |
| 39. | | | | | Sold (part) | 04/06/17 | J | A | |
| 40. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 41. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 42. | | | | | Sold | 09/27/17 | J | A | |
| 43. Dodge & Cox Fds Internationall Stock Fund | A | Dividend | J | T | Sold (part) | 01/09/17 | J | A | |
| 44. | | | | | Sold (part) | 03/29/17 | J | A | |
| 45. | | | | | Sold (part) | 04/06/17 | J | A | |
| 46. | | | | | Sold (part) | 04/13/17 | J | A | |
| 47. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 48. | | | | | Buy (add'l) | 09/29/17 | J | | |
| 49. Dodge & Cox Funds Stock Fund | A | Dividend | J | T | Sold (part) | 01/09/17 | J | A | |
| 50. | | | | | Buy (add'l) | 03/29/17 | J | | |
| 51. | | | | | Sold (part) | 04/06/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/6/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 04/13/17 | J | A | |
| 53. | | | | | Sold (part) | 09/27/17 | J | A | |
| 54. Metropolitan West Total Return Bond Fund | A | Dividend | J | T | Buy (add'l) | 01/09/17 | J | | |
| 55. | | | | | Buy (add'l) | 03/29/17 | J | | |
| 56. | | | | | Sold (part) | 04/06/17 | J | A | |
| 57. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 58. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 59. | | | | | Buy (add'l) | 09/27/17 | J | | |
| 60. Northern Funds Small Cap Fund | A | Dividend | J | T | Sold (part) | 01/09/17 | J | A | |
| 61. | | | | | Sold (part) | 03/29/17 | J | A | |
| 62. | | | | | Sold (part) | 04/06/17 | J | A | |
| 63. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 64. | | | | | Sold (part) | 09/27/17 | J | A | |
| 65. Oppenheimer Intl Growth | A | Dividend | J | T | Buy | 01/09/17 | J | | |
| 66. | | | | | Buy (add'l) | 06/27/17 | J | | |
| 67. | | | | | Buy (add'l) | 09/27/17 | J | | |
| 68. Pimco Real Return Fund | A | Dividend | J | T | Buy | 04/13/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/6/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold (part) | 06/21/17 | J | A | |
| 70. | | | | | Sold (part) | 09/27/17 | J | A | |
| 71. Primecp Odyssey | A | Dividend | J | T | Sold (part) | 01/09/17 | J | A | |
| 72. | | | | | Sold (part) | 03/29/17 | J | A | |
| 73. | | | | | Sold (part) | 04/06/17 | J | A | |
| 74. | | | | | Sold (part) | 04/13/17 | J | A | |
| 75. | | | | | Sold (part) | 06/21/17 | J | A | |
| 76. | | | | | Sold (part) | 09/27/17 | J | A | |
| 77. T Rowe Price Equity Income Fund Sh Ben Int | A | Dividend | J | T | Sold (part) | 01/09/17 | J | A | |
| 78. | | | | | Sold (part) | 03/29/17 | J | A | |
| 79. | | | | | Sold (part) | 04/06/17 | J | A | |
| 80. | | | | | Sold (part) | 04/16/17 | J | A | |
| 81. | | | | | Sold (part) | 06/21/17 | J | A | |
| 82. | | | | | Sold (part) | 09/29/17 | J | A | |
| 83. T Rowe Price Blue Chip | A | Dividend | J | T | Buy (add'l) | 01/09/17 | J | | |
| 84. | | | | | Buy (add'l) | 03/29/17 | J | | |
| 85. | | | | | Sold (part) | 04/06/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/6/2018 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 86. | | | | | Sold (part) | 04/16/17 | J | A | |
| 87. | | | | | Sold (part) | 06/21/17 | J | A | |
| 88. | | | | | Sold (part) | 09/27/17 | J | A | |
| 89. T. Rowe Price High Yield | | None | | | Sold | 01/09/17 | J | A | |
| 90. T Rowe Price Intl Emerg Mkts Stk | A | Dividend | J | T | Buy (add'l) | 01/09/17 | J | | |
| 91. | | | | | Sold (part) | 03/29/17 | J | A | |
| 92. | | | | | Sold (part) | 04/06/17 | J | A | |
| 93. | | | | | Sold (part) | 04/16/17 | J | A | |
| 94. | | | | | Sold (part) | 06/21/17 | J | A | |
| 95. | | | | | Sold (part) | 09/27/17 | J | A | |
| 96. T. Rowe Price Instl Floating Rate | A | Dividend | J | T | Buy | 04/13/17 | J | | |
| 97. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 98. | | | | | Buy (add'l) | 09/27/17 | J | | |
| 99. TCW Funds Emerging Mkt Stk | A | Dividend | J | T | Buy | 01/09/17 | J | | |
| 100. | | | | | Buy (add'l) | 03/29/17 | J | | |
| 101. | | | | | Sold (part) | 04/06/17 | J | A | |
| 102. | | | | | Buy (add'l) | 04/16/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/6/2018 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Sold (part) | 06/12/17 | J | A | |
| 104. | | | | | Sold (part) | 09/27/17 | J | A | |
| 105. Templeton Income Tr Global Bond Advisor | A | Dividend | J | T | Sold (part) | 01/09/17 | J | A | |
| 106. | | | | | Sold (part) | 03/29/17 | J | A | |
| 107. | | | | | Sold (part) | 04/06/17 | J | A | |
| 108. | | | | | Buy (add'l) | 04/16/17 | J | | |
| 109. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 110. | | | | | Sold (part) | 09/27/17 | J | A | |
| 111. Thornburg Interntl Value Inst | | None | | | Sold | 01/09/17 | J | A | |
| 112. Westerm Asset Core Bpmd | A | Interest | J | T | Buy | 06/21/17 | J | | |
| 113. | | | | | Buy (add'l) | 09/27/17 | J | | |
| 114. Advisors Inner Circle II | A | Dividend | J | T | Buy | 09/26/17 | J | | |
| 115. AQR Managed Futures Strategy Fund CL 1 | A | Dividend | J | T | Buy (add'l) | 01/06/17 | J | | |
| 116. | | | | | Buy (add'l) | 03/24/17 | J | | |
| 117. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 118. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 119. | | | | | Buy (add'l) | 09/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/6/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. American Century Government Bond | | None | | | Sold | 01/06/17 | J | A | |
| 121. Artisan Funds Inc Mid Cap Value Fund | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 122. | | | | | Buy (add'l) | 03/29/17 | J | | |
| 123. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 124. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 125. | | | | | Sold (part) | 09/26/17 | J | A | |
| 126. Baird Short-Term Bond | A | Interest | J | T | Buy | 01/06/17 | K | | |
| 127. | | | | | Buy (add'l) | 03/29/17 | J | | |
| 128. | | | | | Sold (part) | 04/13/17 | J | A | |
| 129. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 130. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 131. Blackrock Total Return | A | Dividend | K | T | Sold (part) | 01/06/17 | J | A | |
| 132. | | | | | Buy (add'l) | 03/29/17 | J | | |
| 133. | | | | | Sold (part) | 04/13/17 | J | A | |
| 134. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 135. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 136. Bridgeway Blue Chip | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/6/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 137. | | | | | Sold (part) | 03/29/17 | J | A | |
| 138. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 139. | | | | | Sold (part) | 06/21/17 | J | A | |
| 140. | | | | | Sold (part) | 09/26/17 | J | A | |
| 141. Buffalo Funds Mid Cap | A | Dividend | | | Buy | 04/13/17 | J | | |
| 142. | | | | | Sold (part) | 06/21/17 | J | A | |
| 143. | | | | | Sold | 09/26/17 | J | A | |
| 144. Dodge & Cox Funds International Stock Fund | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 145. | | | | | Sold (part) | 03/29/17 | J | A | |
| 146. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 147. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 148. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 149. Dodge & Cox Funds Stock Fund | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 150. | | | | | Sold (part) | 03/29/17 | J | A | |
| 151. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 152. | | | | | Sold (part) | 06/21/17 | J | A | |
| 153. | | | | | Sold (part) | 09/26/17 | J | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/6/2018 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. Janus Short Term Bond T | | None | | | Sold | 01/06/17 | J | A | |
| 155. Metropolitan West Total Return | A | Dividend | K | T | Sold (part) | 01/06/17 | J | A | |
| 156. | | | | | Buy (add'l) | 03/29/17 | J | | |
| 157. | | | | | Sold (part) | 04/13/17 | J | A | |
| 158. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 159. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 160. Northern FDS Small Cap Fund | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 161. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 162. | | | | | Sold (part) | 06/21/17 | J | A | |
| 163. | | | | | Sold (part) | 09/26/17 | J | A | |
| 164. Oppenheimer Intl Growth | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 165. | | | | | Sold (part) | 03/29/17 | J | A | |
| 166. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 167. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 168. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 169. Pimco Real Return Fd Cl D | A | Dividend | J | T | Buy (add'l) | 01/06/17 | J | | |
| 170. | | | | | Sold (part) | 03/29/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/6/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code I (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold (part) | 04/13/17 | J | A | |
| 172. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 173. | | | | | Buy (add'l) | 09/26/17 | J | | |
| 174.  Primecap Odyssey | A | Dividend | J | T | Buy | 01/06/17 | J | | |
| 175. | | | | | Sold (part) | 03/29/17 | J | A | |
| 176. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 177. | | | | | Sold (part) | 06/21/17 | J | A | |
| 178. | | | | | Sold (part) | 09/26/17 | J | A | |
| 179.  T Rowe Price High Yield Fund 1 Com | A | Dividend | | | Sold (part) | 01/06/17 | J | A | |
| 180. | | | | | Buy (add'l) | 03/29/17 | J | | |
| 181. | | | | | Sold | 04/13/17 | J | A | |
| 182.  T Rowe Pride Instl Floating Rate A Div | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 183. | | | | | Buy (add'l) | 03/29/17 | J | | |
| 184. | | | | | Sold (part) | 04/13/17 | J | A | |
| 185. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 186. | | | | | Sold (part) | 09/26/17 | J | A | |
| 187.  T Rowe Price Com Short Term Bond | | None | | | Sold | 01/06/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/6/2018 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. T Rowe Price Equity Income F Share Ben | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 189. | | | | | Sold (part) | 03/29/17 | J | A | |
| 190. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 191. | | | | | Sold (part) | 06/21/17 | J | A | |
| 192. | | | | | Sold (part) | 09/26/17 | J | A | |
| 193. T Rowe Price Emerging Market Shares | A | Dividend | J | T | Buy (add'l) | 01/06/17 | J | | |
| 194. | | | | | Sold (part) | 03/29/17 | J | A | |
| 195. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 196. | | | | | Sold (part) | 06/21/17 | J | A | |
| 197. | | | | | Sold (part) | 09/26/17 | J | A | |
| 198. T Rowe Price Blue Chip Growth | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 199. | | | | | Buy (add'l) | 03/29/17 | J | | |
| 200. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 201. | | | | | Sold (part) | 06/21/17 | J | A | |
| 202. | | | | | Sold (part) | 09/26/17 | J | A | |
| 203. Templeton Income Tr Global Bond | A | Dividend | J | T | Sold (part) | 01/06/17 | J | A | |
| 204. | | | | | Sold (part) | 03/29/17 | J | A | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205. | | | | | Sold (part) | 04/13/17 | J | A | |
| 206. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 207. | | | | | Sold (part) | 09/26/17 | J | A | |
| 208. TCW Fund Emerg Mkt Inc FD CL 1 | A | Dividend | J | T | Buy (add'l) | 01/06/17 | J | | |
| 209. | | | | | Sold (part) | 03/29/17 | J | A | |
| 210. | | | | | Buy (add'l) | 04/13/17 | J | | |
| 211. | | | | | Sold (part) | 06/21/17 | J | A | |
| 212. | | | | | Sold (part) | 09/26/17 | J | A | |
| 213. Thornburg Internatl Value Inst | | None | | | Sold | 01/06/17 | J | | |
| 214. Westerm Asset Core Bond | A | Interest | J | T | Buy | 01/06/17 | J | | |
| 215. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 216. | | | | | Buy (add'l) | 03/29/17 | J | | |
| 217. | | | | | Sold (part) | 04/13/17 | J | A | |
| 218. | | | | | Buy (add'l) | 06/21/17 | J | | |
| 219. | | | | | Buy (add'l) | 09/26/17 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Gerber, Joel | 04/6/2018 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Joel Gerber**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544